## STATE OF CONNECTICUT *v.* CHRISTOPHER RUSSELL

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 941 (AC 14686), is denied.

*Robert M. Berke*, deputy assistant public defender, in support of the petition.

*Christopher T. Godialis*, deputy assistant state's attorney, in opposition.

Decided May 20, 1996

## WILLIAM HAMILTON, JR. *v.* COMMISIONER OF CORRECTION

The petition of the petitioner William Hamilton, Jr., for certification for appeal from the Appellate Court, 40 Conn. App. 950 (AC 14726), is denied.

*Louis S. Avitabile*, special public defender, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided May 20, 1996

## JAMES BARRY *v.* POSI-SEAL INTERNATIONAL, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 577 (AC 12101), is denied.

*Harry E. Calmar*, in support of the petition.

*Mark R. Kravitz, Ian E. Bjorkman* and *Bonnie L. Patten*, in opposition.

Decided May 28, 1996